FILED IN OPEN COURT

MAY 14 2018

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 4:18CR 37 |
| v. | ) | |
| | ) | |
| STEPHEN POWERS | ) | 26 U.S.C. §§ 5841, 5845, 5861 and 5871 |
| (Count 1) | ) | Possess Unregistered Destructive Device |
| | ) | (Count 1) |
| | ) | |

INDICTMENT

May 2018 Term - At Newport News, Virginia

**COUNT ONE**

THE GRAND JURY CHARGES:

That on or about or between October 19, 2017, and December 4, 2017 in the Eastern District of Virginia and elsewhere, the defendant, STEPHEN POWERS, knowingly possessed a firearm as defined by Title 26, United States Code, Sections 5845(a)(8) and (f), to wit: a combination of parts designed and intended for use in converting a device into a destructive device, not registered to him in the National Firearms Registration and Transfer Record.

(All in violation of Title 26, United States Code, Sections 5841, 5845, 5861(d), and 5871.)

UNITED STATES V. STEPHEN POWERS, 4:18CR 37

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

A TRUE BILL REDACTED COPY

_____
FOREPERSON

TRACY D. MCCORMICK
ACTING UNITED STATES ATTORNEY

By: _____
Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No. 35765
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
(757) 591-4000

_____
Robert E. Bradenham III
Assistant United States Attorney
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
(757) 591-4000